

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-07-00176-CR

_____


ROGER DALE GENTRY, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 5th Judicial District Court
Cass County, Texas
Trial Court No. 2007F00003


Before Morriss, C.J., Moseley and Cornelius,* JJ.
Memorandum Opinion by Justice Moseley

_____
*William J. Cornelius, Chief Justice, Retired, Sitting by Assignment

MEMORANDUM OPINION

Roger Dale Gentry appeals from his conviction by a jury for indecency with a child by sexual contact. *See* Tex. Penal Code Ann. § 21.11(a)(1) (Vernon 2003). The jury assessed his punishment at twenty years' imprisonment and a $5,000.00 fine. Gentry presently has two other convictions currently on appeal before this Court.[1]

Because the issues raised in each appeal are identical, for the reasons stated in our opinion dated this day in *Gentry v. State*, cause number 06-07-00175-CR, we affirm the judgment of the trial court.

Bailey C. Moseley
Justice

Date Submitted: October 8, 2008
Date Decided: December 18, 2008

Do Not Publish

---

[1]Gentry appeals from three convictions. In cause numbers 06-07-00175-CR and 06-07-00177-CR, he appeals from his convictions of aggravated sexual assault of a child, and was sentenced in each case to life imprisonment and a $5,000.00 fine. In cause number 06-07-00176-CR, he appeals from his conviction of indecency with a child by sexual contact, and was sentenced to twenty years' imprisonment and a $5,000.00 fine.